RESOLUTION
(ORDER OF INCORPORATION)

AUG 3 1967
AM PM
7,8,9,10,11,12,1,2,3,4,5,6

WHEREAS, certain petitions have been addressed to the Board of Supervisors of Muskegon County, Michigan, signed by the requisite number of legal voters and residents of an area described as Sections 5 and 6, in the Township of Dalton and County of Muskegon, for the purpose of incorporation of said territory as a Village to be known as Lakewood Club, and said description further appearing in detail on said petitions as filed with this Board, and said property being wholly within the limits of the Township of Dalton and there being 537 persons residing therein; and,

WHEREAS, it appears to this Board of Supervisors that all of said petitions are in due and proper form and conform in all respects with the State law concerning proceedings for incorporation as set forth in Act 3 of the Public Acts of 1895, as amended; and

WHEREAS, it appears that said petitions have been duly filed with the Clerk of the Board of Supervisors prior to the convening of the Board of Supervisors; and

WHEREAS, in conformance with Act 3 of the Public Acts of 1895, as amended, a census has been taken within sixty (60) days prior to the filing of said petitions and due notice of filing of said petitions has been given as required by law, and all requirements of said Act have been met; and

WHEREAS, this Board of Supervisors has considered said petitions at this hearing of said Board held on Wednesday, June 28, 1967, and all parties having been heard,

NOW THEREFORE, BE IT RESOLVED, that the Board of Supervisors does hereby order that Sections 5 and 6, of Town 11 North, Range 16 West, of the Township of Dalton, Muskegon County, Michigan, be and the same is declared to be an incorporated village to be known as Lakewood Club.

BE IT FURTHER RESOLVED, that the Board of Supervisors does hereby order and set the 15th day of August, 1967, as the time of the first election of said Village, and the place for holding same shall be Lakewood Civic Building.

BE IT FURTHER RESOLVED, that the Board of Supervisors does hereby appoint the following qualified electors and residents of the incorporated area to constitute a board of registration for the first election to be held in said Village and who shall act as inspectors of election at said first election:

Ethel Rook, Lakewood Club, Michigan

Marjorie Johnson, Lakewood Club, Michigan

June Byron, Lakewood Club, Michigan

Grace Bayle, Lakewood Club, Michigan

BE IT FURTHER RESOLVED, that the County Clerk shall transmit a certified copy of this Order of Incorporation to the Secretary of State of Michigan for filing and recording.

EXHIBIT A

The foregoing preambles and resolution and order were offered by Supervisor _____ Poppen _____,

supported by Supervisor _____ Brooks _____.

Ayes ___37___    Absent ___3___

Nays ___0___

Pass ___1___

Resolution adopted this __June 28, 1967__. /

I hereby certify that the foregoing constitutes a true and complete copy of a resolution and order adopted by the Board of Supervisors of Muskegon County at a meeting held on the __28th__ day of __June__, 1967.

Eugene R. Bergeron
County Clerk
Muskegon County, Michigan

FILED
JAMES M. HARE, SEC. OF STATE
STATE OF MICHIGAN

AUG 3 1967

AM                              PM
7,8,9,10,11,12,1,2,3,4,5,6

9