**Village of Lakewood Club**  **November 29, 2004**

B. After election cleanup - Clerk D. Genson reported after the General election some problems with the Township cleaning up and replacing chairs and tables. D. Genson will contact Mary Ellen Sherwood, Township Clerk, to clear up these problems prior to the next election.

C. FOIA request - Clerk D. Genson suggested to the council that it would be a good idea to officially make Shon Cook, the Village attorney, an FOIA co-coordinator so she could handle some of these request's on the behalf of the Village. Motion by W. Bloem and Supported by J. Woodland to follow the suggestion of the Clerk, D. Genson. Ayes: All, Nays: None, *Motion Carried.*

D. Christmas Issues -
  1. Motion by M. McGahan and Supported by R. Sikkenga to distribute the prize money for the Lighting Contest as well as the Coloring and Essay Contest using the same money amounts as last year.
  2. The Village Office will be closed from December 27th 2004 until January 3rd, 2005.
  3. The regular village meeting for December will be changed from the regular 4th Monday of the month to the 3rd Monday, December 20th at 6:00 pm for the judging of the Coloring and essay contests.

E. Zoning Seminar for Village Attorney - Shon Cook, Village attorney requested the Council to consider sending her to a Seminar concerning Zoning and Land Use Law. Motion by R. Sikkenga and Supported by W. Bloem to send attorney to Seminar. Prior to vote question was brought up as to whether her hourly fee would apply. Support by W. Bloem was rescinded and R. Sikkenga rescinded his motion. R. Sikkenga made another motion to specify paying for the seminar only not to include the hourly wage. Support by M. McGahan. Ayes: W. Bloem, M. McGahan, R. Sikkenga, K. Genson & J. Woodland, Nays: B. Hager, *Motion Carried.*

*[Handwritten annotation:]* THE USE OF PUBLIC FUNDS FOR PRIVATE PURPOSES IS A CRIME.

*[Handwritten:]* 12

*[Handwritten:]* EXHIBIT 2