FILED - GR
March 2, 2011 10:17 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald / SCANNED BY: PLO /3-7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CLARENCE OTWORTH

                  Plaintiff(s)

vs.

WILLIAMS, HUGHES & COOK, PPLC,
HAROLD F. CLOSZ, III

SHON A. COCK, SUSAN M. FRANKLIN
                  Defendant(s)

Case No. **1:11-cv-206**
**Gordon J Quist**
**U.S. District Judge**

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I. MARITAL STATUS:
   a. Single ____ Married ____ Separated ____ Divorced **X**
   b. Dependents: Spouse ____ Children, No. ____ Others, No. ____

II. RESIDENCE:
   Your address: Street **187 EAST DANIELS ROAD**
   City **TWIN LAKE** State **MI** Zip Code **49457**
   Telephone **231-292-1065**

III. EMPLOYMENT:
   Are you now employed? Yes ____ No **X**
   If now employed: Name of Employer _____
   Address of Employer _____
   Employer's Telephone _____

4

How long have you been employed by present employer? _____

Income:     Monthly $ _____ Weekly $ _____

What is your job? _____

Other Income _____

IV.    FINANCIAL STATUS:

1. Owner of real property:    Yes __**x**__ No ___

   a. Description  DOUBLE WIDE MOBILE HOME

   b. Address  187 E. DANIELS RD., TWIN LAKE, MI 49457

   c. In whose name  CLARENCE OTWORTH

   d. Estimated value  TAXABLE VALUE $19,000.00

   e. Total amount owed  $ 53,838.22    To whom  FIFTH THIRD BANK

   f. Annual income from property  NONE

2. Other property

   a. Automobile: Make  PONTIAC     Year  2001

   b. In whose name registered  CLARENCE OTWORTH

   c. Present value of car  $ 1,000.00

   d. Amount owed  $ NONE

3. Cash on hand:  $ 4.48

   a. Cash in banks and savings and loan associations
      $ 10.64

   b. Names and addresses of banks and associations
      FIFTH THIRD BANK, 38 Fountan Square
      Cincinnati, Ohio 45263-0001

5

## AFFIDAVIT OF FINANCIAL STATUS

| DEBTS | AMOUNT | PAYMENTS |
|---|---|---|
| MORTGAGE (FIFTH THIRD BANK) | 53,838.22 | 422.93 |
| COMERICA BANK | 9,029.92 | 163.00 |
| BANK OF AMERICA | 4,960.45 | 112.00 |
| FIFTH THIRD BANK | 4,951.46 | 104.00 |
| LAKE TRUST CREDIT UNION | 3,157.88 | 143.54 |
| CHASE BANK | 2,975.69 | 091.00 |
| AMERICA EXPRESS | 2,795.02 | 065.00 |
| HOUSEHOLD BANK | 1,596.45 | 038.00 |
| CITI BANK | 1,272.31 | 024.20 |
| SEARS | 842.14 | 027.07 |
| FINGER HUT | 208.71 | 016.99 |
| HARTFORD CAR INSURANCE | 139.50 | 051.50 |
| SEVENTH AVENUE | 96.95 | 030.00 |
| PUBLISHERS CLEARING HOUSE | 51.39 | |
| CHARTER COMMUNICATIONS | | 154.97 |
| CONSUMERS ENGERY (each kwh is .13) | | |
| HEATING: PROGAS (PROPANE $3.299 per gal. 100 gal. = $351.24) | | |
| TOTALS | 85,916.09 | 1,560.59 |

| | |
|---|---|
| MONTHLY RAILROAD RETIREMENT DISABILITY CHECK | $1,887.70 |
| MONTHLY DEBTS | 1,560.59 |
| FOOD, ELECTRIC, PROPANE, GASOLINE, etc., etc. | $ 327.11 |



4. Obligations:

    a. Monthly rental on house or apartment     $ NONE

    b. Mortgage payments on house (monthly)     $ 422.93

    c. Other debts:

| To whom owed | Amount |
|---|---|
| SEE ATTACHED SHEET | $ |
| | |
| | |
| | |

    Total monthly payments on debts:     $ 1,560.59

5. Other information pertinent to your financial status:

(Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

SINCE 1993 I HAVE BEEN RECEIVING A DISABILITY CHECK

EVERY MONTH FROM THE RAILROAD RETIREMENT BOARD.

THE CURRENT AMOUNT IS $1,887.70.

THIS IS MY ONLY INCOME.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: FEBRUARY 19,     Signed: *Clarence Otworth*
                                                    Plaintiff-Affiant

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
WESTERN District of MICHIGAN

CLARENCE OTWORTH  )
*Plaintiff* )
v. )  Civil Action No.
WILLIAMS, HUGHES & COOK, PPLC  )
*Defendant* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends    ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments    ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☐ No
(e) Gifts, or inheritances    ☐ Yes    ☐ No
(f) Any other sources    ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I HAVE RECEIVED A RAILROAD DISABILITY RETIREMENT CHECK FROM THE RAILROAD RETIREMENT BOARD SINCE 1993. THE CURRENT MONTHLY CHECK IS $1,887.70.

1

## AFFIDAVIT OF FINANCIAL STATUS

| DEBTS | AMOUNT | PAYMENTS |
|---|---|---|
| MORTGAGE (FIFTH THIRD BANK) | 53,838.22 | 422.93 |
| COMERICA BANK | 9,029.92 | 163.00 |
| BANK OF AMERICA | 4,960.45 | 112.00 |
| FIFTH THIRD BANK | 4,951.46 | 104.00 |
| LAKE TRUST CREDIT UNION | 3,157.88 | 143.54 |
| CHASE BANK | 2,975.69 | 091.00 |
| AMERICA EXPRESS | 2,795.02 | 065.00 |
| HOUSEHOLD BANK | 1,596.45 | 038.00 |
| CITI BANK | 1,272.31 | 024.20 |
| SEARS | 842.14 | 027.07 |
| FINGER HUT | 208.71 | 016.99 |
| HARTFORD CAR INSURANCE | 139.50 | 051.50 |
| SEVENTH AVENUE | 96.95 | 030.00 |
| PUBLISHERS CLEARING HOUSE | 51.39 | |
| CHARTER COMMUNICATIONS | | 154.97 |
| CONSUMERS ENGERY (each kwh is .13) | | |
| HEATING: PROGAS (PROPANE $3.299 per gal. 100 gal. = $351.24) | | |
| TOTALS | 85,916.09 | 1,560.59 |

MONTHLY RAILROAD RETIREMENT DISABILITY CHECK  $1,887.70
MONTHLY DEBTS                                  1,560.59
FOOD, ELECTRIC, PROPANE, GASOLINE, etc., etc.  $ 327.11



AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs

4. Amount of money that I have in cash or in a checking or savings account: $ 4.48 / $10.64 .
                                                                              CASH / CHECKING

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2001 Pontaic Sunfire - $1,000.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

double wide Mobile Home and Land THAT its PARKed on Mortgage - $422.93, TAXABLE VALUE $19,200.00. I owe 53,838.22

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

See List of debts And Monthly Payments on the Attached Sheet.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: February 19, 2011

*Clarence Otworth*
Applicant's signature

CLARENCE OTWORTH
Printed name

3