UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

       Plaintiff,

vs

WILLIAMS, HUGHES & COOK, PLLC,
a corporation and HAROLD F. CLOSZ, III,
SHON A. COOK, SUSAN M. FRANKLIN,
Individuals,

       Defedants.

_____/

File No. 1:11-cv-206

Hon. Gordon J. Quist
United States District Judge

Clarence Otworth, *In Propria Persona*
187 E. Daniels Road
Twin Lake, MI 49457
Telephone:  231-292-1065

Theodore N. Williams, Jr. (P32291)
Eric C. Grimm (P58990)
Attorneys for Defendant Closz
120 W. Apple Avenue, P.O. Box 599
Muskegon, MI 49443-0599
Telephone:  231-726-4857
Fax:  231-727-2130
E-mail:  tedwilliams@whcspc.com
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                          ) ss.
COUNTY OF MUSKEGON  )

     Eric C. Grimm, being first duly sworn, deposes and says that he served a Notice of

Electronic Filing for (NON-DOCUMENT) ATTORNEY APPEARANCE of Eric C. Grimm, on

behalf of Defendant Harold F. Closz, III, upon the following recipient:  Mr. Clarence Otworth,

187 E. Daniels Road, Twin Lake, MI 49457, by placing the same in a properly addressed envelope to recipient's address and depositing the same in the United States mail, first class postage fully pre-paid this 10th day of March, 2011.

/s/Eric C. Grimm
Eric C. Grimm (P58990)
WILLIAMS, HUGHES & COOK, PLLC
120 West Apple Avenue
P.O. Box 599
Muskegon, MI  49443-0599
231.727.2111
Fax:  231.727.2130
email:  ecgrimm@whcfirm.com

Subscribed and sworn to before me this
10th day of March, 2011.


/s/ Kelly L.R. Horness
Notary Public, State of Michigan
County of Muskegon
My Commission Expires:  9-9-2013
Acting in the County of Muskegon