Case 1:11-cv-00206-GJQ  Doc #14  Filed 03/25/11  Page 1 of 2  Page ID#40

FILED - GR
March 25, 2011 12:23 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC /     SCANNED BY: /

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

    Plaintiff,

vs

WILLIAMS, HUGHES & COOK, PLLC,
a corporation, and HAROLD F. CLOSZ, III,
SHON A. COOK, SUSAN M. FRANKLIN,
individuals,

    Defendants.
_____/

File No.  1:11-cv-00206-GJQ

Gordon J. Quist
U.S. District Judge

MOTION TO SET ASIDE THE
ATTORNEY APPEARANCE OF
THEODORE N. WILLIAMS, JR.
& ERIC C. GRIMM

Clarence Otworth, In Pro Per
187 E. Daniels Road
Twin Lake, MI  49457
Telephone: 231-292-1065

Theodore N. Williams, Jr. (P32291)
(aka Defendant Williams, Hughes & Cook)
Attorney for all Defendants
120 W. Apple Avenue, P.O. Box 599
Muskegon, MI  49443-0599
Telephone:  231-726-4857
Fax:  231-727-2130
E-mail:

Eric C. Grimm (P58990)
(aka Defendant Williams, Hughes & Cook)
Attorney for all Defendants
120 W. Apple Avenue, P.O. Box 599
Muskegon, MI  49443-0599
Telephone:  231-727-2111
Fax:  231-727-2130
E-mail:

The Plaintiff moves the Court for an order to set aside the attorney appearance of Theodore N. Williams, Jr., and Eric C. Grimm (aka Defendant Williams, Hughes & Cook) entered in the above action on March 07, 2011, on the grounds that it is unethical for Defendants to represent Defendants.  Furthermore, there is no precedent for such nonsense.  Theodore N. Williams, Jr. is a partner in the Defendant law firm of Williams, Hughes & Cook, and Defendant Eric C. Grimm is an attorney in the Defendant law firm of Williams, Hughes & Cook.

If Theodore N. Williams, Jr., and Eric C. Grimm are given the right to represent all Defendants in this case they would be entitled to listen to what fellow Defendants say in answer to questions, either at deposition or at trial, or tell fellow Defendants what to say in answer to questions, either at deposition or at trial. Theodore N. Williams, Jr., and Eric C. Grimm should only be allowed to represent the Defendant law firm of Williams, Hughes & Cook. Defendants Harold F. Closz, III, Shon A. Cook, and Susan M. Franklin should represent themselves or hire a lawyer.

March 22, 2011

_____
Clarence Otworth

## CERTIFICATE OF SERVICE

I, Clarence Otworth, state that I served a true and correct copy of this Motion to Defendants Theodore N. Williams, Jr., and Eric C. Grimm (A.K.A. Defendant Williams, Hughes & Cook, PLLC) the Attorneys for All Defendants.

Dated: March 22, 2011

_____
Clarence Otworth