UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

    Plaintiff,

v.

    Case No. 1:11-CV-206

WILLIAMS, HUGHES & COOK, PLLC,
HAROLD F. CLOSZ, III, SHON A. COOK,
and SUSAN M. FRANKLIN,

    HON. GORDON J. QUIST

    Defendants.
_____/

# ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that the Report and Recommendation issued March 23, 2011 (docket no. 12) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for the reason that it fails to state a claim upon which relief can be granted. Plaintiff's state law claim in Count II is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS FURTHER ORDERED** that Plaintiff's Motion To Set Aside The Attorney Appearance Of Theodore N. Williams Jr. & Eric C. Grimm (docket no. 14), Defendants' Motion To Strike Plaintiff Clarence Otworth's April 8, 2008 "Response To Defendants' Memorandum In Opposition" (docket no. 19), and Plaintiff's Motion For An Order Directing Defendants To Turn Over The Audio And Transcript Of The December 13, 2010, Hearing On Defendant's Motion For Summary Disposition To U.S. District Judge Gordon Jay Quist For Safekeeping (docket no. 21) are **DISMISSED AS MOOT**.

This case is **concluded**.

Dated: April 21, 2011                         /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE