FILED - GR
April 29, 2011 10:24 AM
Tracey Cordes, Clerk
U.S. District Court
Western District of Michigan
By: elc/_____ Scanned By elc/ 4-29-11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

    Plaintiff,

vs

WILLIAMS, HUGHES & COOK, PLLC,
A corporation, and HAROLD F. CLOSZ, III,
SHON A. COOK, SUSAN M. FRANKLIN,
Individuals,

    Defendants.

File No. 1:11-cv-00206

Gordon J. Quist
U.S. District Judge

## NOTICE OF APPEAL

Notice is hereby given that Clarence Otworth, plaintiff in the above action, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on April 21, 2011.

Dated: April 29, 2011

Clarence Otworth, In Pro Per